L.J. LOHEIT, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812
(916) 856-8000

FILED
10 JUN 24 PM 1:54
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                               ) Case No.: No. 06-20669-E-13L
                                                     )
DAVIS, JEFF                                          ) UNCLAIMED FUNDS
                                                     )
              Debtor(s)                              )
_____)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #541864 in the sum of $3,182.08 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 16 | NY GOODMAN<br>17360 BROOKHURST ST<br>FOUNTAIN VALLEY, CA 92708 | $3,182.08 | $3,182.08 |

TOTAL CHECK $3,182.08

Dated this 14th day of June, 2010.            BY: _____
                                                        TRUSTEE