FILED
October 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D115

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Jeff Davis | **Case No :** | 06-20669 - E - 13L |
| | | **Date :** | 9/28/10 |
| | | **Time :** | 10:00 |

**Matter :** [106] - Motion/Application for Entry of Discharge [CJY-5] Filed by Debtor Jeff Davis (stps)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** NOT RECORDED
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Entry of Discharge Plan filed by the Debtors having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion is granted and the court shall enter the discharge for each debtor in this case.

Dated: October 05, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court